*George J. Hayes, Bernard Katzen* and *Victor Fiddler* for Buffalo Stainless Casting Corporation and others, respondents.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD and BURKE, JJ. FROESSEL and VAN VOORHIS, JJ., dissent and vote to reverse upon the ground that there is no substantial evidence indicating that the death of claimant's husband was caused by his employment with E. I. du Pont de Nemours & Company, Incorporated. Taking no part: DYE, J.

ANITA CHERKES, an Infant, by FRANCES CHERKES, Her Guardian ad Litem, et al., Appellants, *v.* POSTAL LIFE INSURANCE COMPANY, Respondent.

Argued November 21, 1955; decided January 12, 1956.

*Leonard M. Mandel* and *Elliot B. Paley* for appellants.
*Orrin G. Judd* and *James F. Cahill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.

MARY CASSIDY, Respondent, *v.* CELIA CASSIDY, Appellant, et al., Defendant.

Submitted January 3, 1956; decided January 12, 1956.

Motion for reargument and to amend the remittitur denied, with $10 costs. [See 309 N. Y. 332.]

LOUIS CRESCENZO et al., Appellants, *v.* JOSEPH RUBINOW et al., Respondents.

Submitted January 3, 1956; decided January 12, 1956.

Motion to dismiss appeal denied upon the ground that rules I and VI of the Rules of the Court of Appeals prescribe the proper remedy.

GEORGE P. EBBE, Plaintiff-Respondent, *v.* HARRY M. STEVENS, INC., Defendant-Respondent and NEW YORK YANKEES, INC., et al., Defendants-Appellants, and ALLIED MAINTENANCE CORP., Defendant-Respondent.

Submitted January 9, 1956; decided January 12, 1956.